In the Matter of the Petition of ALMA M. FABRICIUS, Appellant, for a Certiorari Order against FRANK P. GRAVES, as Commissioner of Education, State of New York, Respondent, and BOARD OF EDUCATION OF THE CITY OF NEW YORK, Party-Respondent.— Motion for order granting leave to the Teachers Union of the City of New York to appear as *amicus curiæ* and to file brief granted. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.